UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| JASMELIS ALVAREZ LOPEZ, | ) | **Acknowledged** |
| | ) | TWP |
| Petitioner, | ) | May 11, 2026 |
| | ) | |
| v. | ) | Cause No. 4:26-cv-00101-TWP-KMB |
| | ) | |
| SCOTT A. MAPLES, JR., *et al.* | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE

In response to the Court's Order dated May 1, 2026 (Dkt. 9) the Federal Respondents respectfully notify the Court that on May 7, 2026, the Petitioner received an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and the request for change in custody status was granted.

THOMAS E. WHEELER II
United States Attorney

By:     _s/ Shelese Woods_____
Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
*Email address: Shelese.Woods@usdoj.gov*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333